## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ERIC HACHE and DEBRA HACHE,**

    **Plaintiffs,**

**v.**                                          Case No.  8:07-cv-1248-T-30EAJ

**DAMON CORPORATION,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Verified Motion to Tax Attorney's Fees (Dkt. #24).  Pursuant to the Court's July 3, 2008 Order (Dkt. 30), Defendant's Motion was granted in part and denied in part.  In connection therewith, the Clerk is hereby directed to enter a **JUDGMENT FOR ATTORNEY'S FEES** against Plaintiffs, Eric Hache and Debra Hache, and in favor of Defendant Damon Corporation in the amount of **$6,348.00.**

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1248.atty fees.frm