# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ERIC HACHE and DEBRA HACHE,**

    **Plaintiffs,**

**v.**                           **Case No.  8:07-cv-1248-T-30EAJ**

**DAMON CORPORATION,**

    **Defendant.**

_____/

## ORDER

A hearing on all pending motions in this case shall be heard on **MONDAY, JANUARY 29, 2009, AT 1:30 P.M.** in Courtroom #13A, Sam Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida 33602.  Time Reserved: One hour.

    1.    The following persons are **ORDERED TO APPEAR** at the hearing:

        (a)    D. Rand Peacock, Jr., Esquire, counsel for Plaintiffs.

        (b)    Ramon Garcia, Esquire, counsel for Plaintiffs.

        (c)    Eric and Debra Hache, Plaintiffs; and

        (d)    W. Scott Powell, Esquire, counsel for Defendant.

    2.    The Clerk is directed to mail a copy of this Order to Plaintiffs Eric Hache and Debra Hache at 243 Osprey Lane, Flagler Beach, Florida  32136.

**DONE** and **ORDERED** in Tampa, Florida on December 11, 2008.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1248.hearing.frm