# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ERIC HACHE and DEBRA HACHE,**

    Plaintiffs,

v.                                     Case No. 8:07-cv-1248-T-30EAJ

**DAMON CORPORATION,**

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Relief from Judgment (Dkt. 36), Defendant's Response in opposition to the same (Dkt. 38), Defendant's Motion for Sanctions Pursuant to 10/29/08 Order to Show Cause (Dkt. 39), and Plaintiffs' Motion for Leave to Withdraw as Counsel of Record (Dkt. 42).

For the reasons stated in open court during a hearing held on January 29, 2009, it is hereby ORDERED AND ADJUDGED that:

    1.    Plaintiffs' Motion for Relief from Judgment (Dkt. 36) is **GRANTED**.

    2.    The following orders are hereby **VACATED**: (i) the Court's Order granting summary final judgment in favor of Defendant (Dkt. 21); (ii) the Judgment entered in favor of Defendant (Dkt. 2); (iii) the Court's Order granting in part and denying in part Defendant's Verified Motion to Tax Attorney's Fees and granting Defendant's Proposed Bill of Costs (Dkt. 30); (iii) the Bill of Costs taxed against Plaintiffs (Dkt. 31); (iv) the Court's Order directing entry of a Judgment For Attorney's fees against Plaintiffs (Dkt. 32); and (v) the Judgment on attorney's fees entered against Plaintiffs (Dkt. 33).

3. Plaintiff shall have twenty (20) days from the date hereof to amend its Complaint.

4. The Clerk is directed to reopen this case.

5. Defendant's Motion for Sanctions (Dkt. 39) is **GRANTED in part and DENIED in part**. Plaintiffs' counsel has repeatedly failed to (i) comply with the Federal Rules of Civil Procedure, (ii) respond to numerous motions (including motions to compel and a motion for summary judgment), and (iii) comply with numerous Court Orders. This repeated conduct is outlined in a chart filed by Defendant's counsel at Dkt. 48. Due to the attorneys' gross neglect of both their clients and this action, the Court hereby imposes sanctions against the law firm of Kahn & Associates, L.L.C., and D. Rand Peacock, Jr., individually, in an amount equal to the attorney's fees and costs incurred thus far by Defendant in this action related to the Plaintiffs' non-compliance with discovery. Defendant's counsel is directed to provide the Court with an affidavit and time records in support of said fees and costs.

6. The Court will address Plaintiffs' Motion for Leave to Withdraw as Counsel of Record (Dkt. 42) after entry of sanctions against Mr. Peacock.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1248.mt relief from judgment.frm