UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC HACHE and DEBRA HACHE,

    Plaintiffs,

v.                                  Case No. 8:07-cv-1248-T-30EAJ

DAMON CORPORATION,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice (Dkt. #61). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, all parties bearing their respective attorney's fees and costs.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 5, 2009.

                                              JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1248.dismissal 61.wpd